IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEONBERGER,<br><br>      Plaintiff,<br><br>  v.<br><br>WACHOVIA MORTGAGE, et al.,<br><br>      Defendants. | No. C 12-03408 JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE** |

On August 3, 2012, the Clerk of the Court requested address of defendant to insure that proper service is made. To date, Plaintiff has not responded to this request for an address. Accordingly, the Court issues this Order to Show Cause ("OSC") why the case should not be dismissed for failure to prosecute. Plaintiff is HEREBY ORDERED to respond to this OSC in writing and to provide addresses for the named defendant by no later than **October 15, 2012**. Plaintiff is admonished that failure to respond to this OSC by **October 15, 2012** and to provide the defendant's address by this date will result in a dismissal of this action without prejudice. The Court FURTHER ORDERS that the case management conference set for October 5, 2012 is VACATED and will be rescheduled by the Court at a later date if necessary.

**IT IS SO ORDERED.**

Dated: September 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LIDIA LEONBERGER,

        Plaintiff,

  v.

WACHOVIA MORTGAGE et al,

        Defendant.

Case Number: CV12-03408 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lidia Leonberger
1809 Yolanda Circle
Clayton, CA 94517

Dated: September 28, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk