IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIDIA LEONBERGER,

    Plaintiff,

v.

WACHOVIA MORTGAGE, et al.,

    Defendants.

No. C 12-03408 JSW

**ORDER OF DISMISSAL**

On September 28, 2012, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for failure to prosecute. Plaintiff was ordered to respond to the OSC by October 15, 2012 and admonished that her failure to do so would result in a dismissal of this action. Plaintiff has not responded to the OSC. Accordingly, the Court HEREBY DISMISSES this action for failure to prosecute and for failure to comply with the Court's deadlines, pursuant to Federal Rule Civil Procedure 41(b). The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 01/18/2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE